# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRANDON FERNANDO,

    Defendant.

Case No. CR09-18-RAJ

DETENTION ORDER

Offenses charged:

    Count 3:    Knowing Possession of Stolen United States Mail, in violation of 18 U.S.C. § 1708 and § 2

    Counts 4-8:    Theft of United States Mail, in violation of 18 U.S.C., § 1708 and § 2

    Count 9:    Credit Card Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(5) and § 2

    Count 10:    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A and § 2

Date of Detention Hearing:    February 6, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is not employed.

(2)    Defendant has no support structure.

(3) Defendant has a history of failures to appear.

(4) Defendant attempted to hide when arrested for the instant offense. This corresponds to previous convictions of attempts to elude.

(5) Defendant has ongoing substance abuse problems.

(6) Defendant is associated with three dates of birth and an alias name.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of February, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge